IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-00316-GCM

| | |
|---|---|
| **ELIZABETH DAWSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff Elizabeth Dawson's Motion for Attorney's Fees (ECF No. 24), and a joint stipulation filed by the parties (ECF No. 27). Plaintiff sought $10,252.10 in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). The parties now stipulate that the appropriate fee to be awarded is $9,900.00.

**IT IS THEREFORE ORDERED** that the Motion for Attorney's Fees (ECF No. 24) is **GRANTED WITH MODIFICATION**. Defendant will pay Plaintiff $9,900.00 in attorney's fees in full satisfaction of all claims arising under EAJA. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under EAJA. Additionally, Plaintiff shall be paid $421.15 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

**SO ORDERED**.

Signed: March 2, 2022

Graham C. Mullen
United States District Judge